# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRENDAN LUNDY, ET AL.,** Plaintiffs, vs. **FACEBOOK INC., ET AL.,** Defendants. | CASE NO. 18-cv-06793-YGR<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL WITHOUT PREJUDICE; VACATING HEARING**<br><br>Re: Dkt. No. 14 |

On January 10, 2019, the Court issued an order tentatively denying plaintiffs Brendan Lundy's and Myriah Watkins' motion for an order appointing Ivy T. Ngo as interim lead counsel for the proposed class in the above-captioned case, (Dkt. No. 14). (Dkt. No. 15 ("Tentative Order").) The Court allowed plaintiffs to supplement the record by no later than January 15, 2019, to address whether "multiple overlapping and duplicative class actions have been transferred to [this] district for the coordination of pretrial proceedings . . . ." (*Id*. (internal quotation marks omitted).) The Court further indicated that failure to do so would be deemed a concession that no such cases exist, and the Tentative Order would thus become the order of the Court.

Plaintiffs made no such filing.[1] Accordingly, the Court **DENIES** plaintiffs' motion **WITHOUT PREJUDICE** to reasserting the request with a motion for class certification on the ground that plaintiffs have failed to provide any evidence of the appropriateness of the request at this juncture. The hearing on the same, set for **February 5, 2019**, is thus **VACATED**.

\\

\\

---

[1] Instead, defendants Google, LLC and Alphabet, Inc. filed a notice of pendency of other actions, indicating their belief that coordination with the court in two other cases pending in this district, *Heeger v. Facebook, Inc.*, Case No. 3:18-cv-06399-JD and *In re Google Location History Litig.*, Case No. 18-cv-05062-EJD is not necessary. (*See* Dkt. No. 22.)

This Order terminates Docket Number 14.

**IT IS SO ORDERED.**

Dated: January 17, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**