1  IVY T. NGO (249860)
   FRANKLIN D. AZAR & ASSOCIATES, P.C.
2  388 Fulton Avenue, Unit 502
   San Francisco, CA 94102
3  Telephone: (303) 757-3300
4  Facsimile: (720) 213-5131
   Email: ngoi@fdazar.com
5
6  PAUL R. WOOD (pro hac vice)
   MICHAEL D. MURPHY (pro hac vice)
7  FRANKLIN D. AZAR & ASSOCIATES, P.C.
   14426 East Evans Avenue
8  Aurora, CO 80014
   Telephone: (303) 757-3300
9  Facsimile: (720) 213-5131
   Email: woodp@fdazar.com
10 Email: murphym@fdazar.com

11 Attorneys for Plaintiffs

12

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BRENDAN LUNDY, an individual and Colorado resident, and MYRIAH WATKINS, an individual and Colorado resident,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., GOOGLE, LLC, ALPHABET, INC., and APPLE INC.,<br><br>Defendants. | CASE NO. 4:18-CV-06793-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) OF CLAIMS AGAINST ONLY GOOGLE, LLC; ALPHABET, INC.; AND APPLE INC.**<br><br>Crtrm:   1<br>Judge:   Hon. Yvonne Gonzalez Rogers |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Brendan Lundy and Myriah Watkins ("Plaintiffs"), by and through their undersigned counsel, hereby give notice that they voluntarily dismiss, ***without prejudice***, all of their claims against Google, LLC; Alphabet, Inc.; and Apple Inc. only. Plaintiffs do not dismiss their claims against Facebook, Inc. in this action.

Respectfully submitted,

Dated: August 16, 2019                              FRANKLIN D. AZAR & ASSOCIATES, PC

                                    By:   */s/ Michael D. Murphy*
                                          Michael D. Murphy

                                          Attorney for Plaintiffs
                                          BRENDAN LUNDY and
                                          MYRIAH WATKINS

**CERTIFICATE OF SERVICE**

I, Michael D. Murphy, hereby certify that on August 16, 2019, I authorized the electronic filing of the foregoing, NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(I) OF CLAIMS AGAINST ONLY GOOGLE, LLC; ALPHABET, INC.; AND APPLE INC. using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List maintained by this Court.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 16, 2019, at Aurora, Colorado

By:   */s/ Michael D. Murphy*
      Michael D. Murphy