IVY T. NGO (249860)
FRANKLIN D. AZAR & ASSOCIATES, P.C.
388 Fulton Avenue, Unit 502
San Francisco, CA 94102
Telephone: (303) 757-3300
Facsimile: (720) 213-5131
Email: ngoi@fdazar.com

PAUL R. WOOD (pro hac vice)
MICHAEL D. MURPHY (pro hac vice)
FRANKLIN D. AZAR & ASSOCIATES, P.C.
14426 East Evans Avenue
Aurora, CO 80014
Telephone: (303) 757-3300
Facsimile: (720) 213-5131
Email: woodp@fdazar.com
Email: murphym@fdazar.com

Attorneys for Plaintiffs

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
8/21/2019

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| BRENDAN LUNDY, an individual and Colorado resident, and MYRIAH WATKINS, an individual and Colorado resident,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., GOOGLE, LLC, ALPHABET, INC., and APPLE INC.,<br><br>Defendants. | CASE NO. 4:18-CV-06793-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) OF CLAIMS AGAINST ONLY GOOGLE, LLC; ALPHABET, INC.; AND APPLE INC.**<br><br>Crtrm:  1<br>Judge:   Hon. Yvonne Gonzalez Rogers |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Brendan Lundy and Myriah Watkins ("Plaintiffs"), by and through their undersigned counsel, hereby give notice that they voluntarily dismiss, ***without prejudice***, all of their claims against Google, LLC; Alphabet, Inc.; and Apple Inc. only. Plaintiffs do not dismiss their claims against Facebook, Inc. in this action.

Respectfully submitted,

Dated: August 16, 2019                                      FRANKLIN D. AZAR & ASSOCIATES, PC

                                                         By:   */s/ Michael D. Murphy*
                                                                Michael D. Murphy

                                                                Attorney for Plaintiffs
                                                                BRENDAN LUNDY and
                                                                MYRIAH WATKINS

1  **CERTIFICATE OF SERVICE**

2  I, Michael D. Murphy, hereby certify that on August 16, 2019, I authorized the electronic
3  filing of the foregoing, NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
4  PURSUANT TO F.R.C.P. 41(A)(1)(A)(I) OF CLAIMS AGAINST ONLY GOOGLE, LLC;
5  ALPHABET, INC.; AND APPLE INC. using the CM/ECF system, which will send notification of
6  such filing to the e-mail addresses denoted on the Electronic Mail Notice List maintained by this
7  Court.

8  I certify under penalty of perjury under the laws of the United States of America that the
9  foregoing is true and correct. Executed on August 16, 2019, at Aurora, Colorado

11         By:   */s/ Michael D. Murphy*
12                Michael D. Murphy