ROSEMARIE T. RING (SBN 220769)
rose.ring@mto.com
ANDREW CATH RUBENSTEIN (SBN 295116)
andrew.rubenstein@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

LAURA D. SMOLOWE (SBN 263012)
laura.smolowe@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

ZOE BEDELL (*pro hac vice*)
zoe.bedell@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street N.W., 7th Floor
Washington, D.C. 20004-1357
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

*Attorneys for Defendant Facebook, Inc.*

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDAN LUNDY, an individual and Colorado resident, and MYRIAH WATKINS, an individual and Colorado resident,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 3:18-cv-06793-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER**<br><br>Judge:   Hon. James Donato<br><br>Trial Date:   None set |

1  Pursuant to Civil Local Rule 7-12, Defendant Facebook, Inc. ("Facebook") and Plaintiffs
2  Brendan Lundy and Myriah Watkins ("Plaintiffs") (collectively, the "Parties"), by and through
3  their undersigned counsel, hereby stipulate, subject to the Court's approval, to continue the
4  hearing on Facebook's motion to dismiss, currently set for February 27, 2020, to March 26, 2020,
5  at 10:00 a.m.
6  WHEREAS, Facebook filed a motion to dismiss Plaintiffs' First Amended Complaint that
7  was initially set for hearing on February 13, 2020 (Dkt. No. 82);
8  WHEREAS, on February 6, 2020, the Court entered an order *sua sponte* continuing the
9  motion hearing to February 27, 2020, at 10:00 a.m. (Dkt. No. 87);
10 WHEREAS, counsel for Facebook have pre-existing scheduling conflicts precluding
11 appearance at a hearing on February 27;
12 WHEREAS, Facebook conferred with Plaintiffs and proposed to continue the hearing date
13 by one or more weeks;
14 WHEREAS, the Parties are both available to appear for the motion hearing on March 26,
15 2020, at 10:00 a.m., and request a continuance of the hearing to that date;
16 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through
17 their respective counsel, that, subject to Court approval, the hearing date on Facebook's motion to
18 dismiss, currently scheduled for February 27, 2020, should be continued until March 26, 2020, at
19 10:00 a.m., or as soon thereafter as the Parties may be heard.
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

| | | |
|---|---|---|
| 1 | DATED: February 10, 2020 | MUNGER, TOLLES & OLSON LLP |

By: */s/ Laura D. Smolowe*
ROSEMARIE T. RING
LAURA D. SMOLOWE
ANDREW CATH RUBENSTEIN
ZOE BEDELL

Attorneys for Defendant Facebook, Inc.

DATED: February 10, 2020                FRANKLIN D. AZAR & ASSOCIATES, P.C.

By: */s/ Paul R. Wood*
IVY T. NGO
PAUL R. WOOD
MICHAEL D. MURPHY

Attorneys for Plaintiffs Brendan Lundy and Myriah Watkins

ATTORNEY ATTESTATION

I, Laura D. Smolowe, am the ECF User whose ID and password are being used to file this Protective Order.  In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By: */s/ Laura D. Smolowe*
Laura D. Smolowe

# [PROPOSED] ORDER

Pursuant to the Parties' stipulation, and good cause appearing, the hearing on Facebook's motion to dismiss, currently scheduled for February 27, 2020, shall be continued to March 26, 2020, at 10:00 a.m.

IT IS SO ORDERED.

DATED: February ____ , 2020

HON. JAMES DONATO
U.S. DISTRICT COURT JUDGE