**Pages 1 - 6**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

```
BRENDAN LUNDY, an individual    )
and Colorado resident; and      )
MYRIAH WATKINS, an individual   )
and Colorado resident,          )
                                )
            Plaintiff,          )
                                )
   VS.                          )    NO. C 18-06793 JD
                                )
FACEBOOK, INC.,                 )
                                )
            Defendant.          )
                                )
```

San Francisco, California
Thursday, October 29, 2020

**TRANSCRIPT OF PROCEEDINGS BY ZOOM WEBINAR**

**APPEARANCES BY ZOOM WEBINAR:**

For Plaintiffs:
        TYCKO & ZAVAREEI LLP
        1970 Broadway - Suite 1070
        Oakland, California  94612
  **BY:  SABITA J. SONEJI, ATTORNEY AT LAW**

        STUEVE SIEGEL HANSON LLP
        460 Nichols Road - Suite 200
        Kansas City, Missouri  64112
  **BY:  BARRETT J. VAHLE, ATTORNEY AT LAW**


**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**


REPORTED BY:  Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
              Official Reporter

1  **APPEARANCES BY ZOOM WEBINAR**:   (CONTINUED)

2  For Plaintiffs:
                        FRANKLIN D. AZAR & ASSOCIATES, P.C.
3                       14426 East Evans Avenue
                        Aurora, CO  80014
4               **BY:   MICHAEL D. MURPHY, ATTORNEY AT LAW**

5  For Defendant:
                        MUNGER, TOLLES & OLSON LLP
6                       350 South Grand Avenue - 50th Floor
                        Los Angeles, California  90071
7               **BY:   LAURA D. SMOLOWE, ATTORNEY AT LAW**

```
 1   Thursday - October 29, 2020                        10:08 a.m.
 2                        P R O C E E D I N G S
 3                              ---oOo---
 4        THE CLERK:  Calling Civil 18-6793, Lundy, et al., vs.
 5   Facebook, Inc.
 6       Counsel for the plaintiff.
 7        MS. SONEJI:  Good morning, Your Honor.  Sabita Soneji
 8   on behalf of plaintiff.
 9        MR. VAHLE:  Good morning, Your Honor.  Barrett Vahle
10   on behalf of the plaintiffs.
11        MR. MURPHY:  Good morning, Your Honor.  Michael Murphy
12   on behalf of the plaintiffs.
13        MS. SMOLOWE:  Good morning, Your Honor.  Laura
14   Smolowe, Munger, Tolles & Olson, on behalf of defendant
15   Facebook.
16        THE COURT:  Okay.  All right.  And you've sprung back
17   to life, which is good.
18       What I'd like you to do, though, is give me a full
19   proposed scheduling order.  Okay?
20       Now, what's the issue with the fact cutoff?  Are you-all
21   having a disagreement about that?
22        MS. SONEJI:  Your Honor, Sabita Soneji.
23       Yes, we do have a slight disagreement.  The primary
24   disagreement is about whether a substantial completion date is
25   appropriate.  We believe that it is given the history in
```

1   both -- in the Heeger case, and we think it would help move the
2   case forward to know that we will be getting most of the
3   documents in short order.
4       We have -- Heeger has been pending for almost two years
5   now and Lundy shortly thereafter.  We have received relatively
6   little in terms of documentation, almost all -- almost nothing;
7   and so we think that as we set the scheduling order, it would
8   be helpful to the parties to know what we're working towards,
9   and so we believe a substantial completion date would be
10  helpful there.
11          **THE COURT:**  Well, let me ask you this:  Did you --
12  just remind me.  I set a case management order in Heeger --
13  right? -- with deadlines for completion of fact discovery and
14  everything else?
15          **MS. SONEJI:**  I don't think you did, Your Honor.  We
16  had a discussion, but we did not have a case schedule entered.
17          **THE COURT:**  Okay.  So this is what I'd like you to do.
18  I will issue a text order in Heeger to the same effect, but
19  you-all propose a coordinated set of dates for everything.  I
20  don't really do substantial compliance dates for two reasons.
21  They're just -- they don't do anything and "substantial" is a
22  word that has no meaning so just have a fact cutoff.
23      Please, the style that I use is there's a fact discovery
24  cutoff that's followed by class certification proceedings, and
25  then that's followed by expert discovery.  Okay?  So look at --

 1   browse my, you know, many hundreds of case management orders in
 2   class actions if you want to model, but that's the way you
 3   should set it out.
 4         And, please, it will save me a little bit of time because
 5   I'm going to do this anyway, please make sure there's 120 days
 6   between the last day to file dispositive motions and *Dauberts*
 7   and the pretrial conference.  Okay?  So just pick your dates.
 8         If you can't agree, I will just -- I'll invariably fiddle
 9   with your dates anyway so I will pick something that fits your
10   needs and my needs, the Court's needs.
11         So how about a week from today for both?  I'll put the
12   text order up in Heeger today too.  Are you okay with that, Ms.
13   Soneji?
14              **MS. SONEJI:**  Yes, Your Honor.
15              **THE COURT:**  Okay.  Ms. --
16              **MS. SMOLOWE:**  Smolowe.
17              **THE COURT:**  Smolowe, yes.  Is that all right?
18              **MS. SMOLOWE:**  That's fine, Your Honor.
19              **THE COURT:**  Okay.  Anything else today, Ms. Smolowe?
20              **MS. SMOLOWE:**  No, Your Honor.
21              **THE COURT:**  Ms. Soneji?
22              **MS. SONEJI:**  No, nothing here.
23              **THE COURT:**  Okay.  Thanks very much, everyone.
24              **MS. SONEJI:**  Thank you, Your Honor.
25              **MR. VAHLE:**  Thank you, Your Honor.

1    **MR. MURPHY:** Thank you, Your Honor.

2    **MS. SMOLOWE:** Thank you, Your Honor.

3         (Proceedings adjourned at 10:12 a.m.)

4              ---oOo---

7              **CERTIFICATE OF REPORTER**

8      I certify that the foregoing is a correct transcript

9    from the record of proceedings in the above-entitled matter.

11   DATE:   Thursday, October 29, 2020

15   _____

16      Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
                U.S. Court Reporter