ROSEMARIE T. RING, SBN 220769
rring@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

CHRISTOPHER CHORBA, SBN 216692
cchorba@gibsondunn.com
ANDREW M. KASABIAN, SBN 313210
akasabian@gibsondunn.com
ADRIENNE LIU, SBN 331262
aliu@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant Meta Platforms, Inc.
(formerly known as Facebook, Inc.)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDAN LUNDY, MYRIAH WATKINS, ELIZABETH CHILDERS, MICHELLE AGNITTI, and ROBIN HODGE,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | CASE NO. 3:18-cv-06793-JD<br><br>**PUTATIVE CLASS ACTION**<br><br>**DECLARATION OF CHRISTOPHER CHORBA IN SUPPORT OF DEFENDANT'S STATEMENT IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:  Hon. James Donato<br>Courtroom: 11<br>Date:  March 23, 2023<br>Time:  10:00 a.m. |

# DECLARATION OF CHRISTOPHER CHORBA

I, Christopher Chorba, declare and state as follows:

1. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record to Defendant Meta Platforms, Inc. in this matter. I submit this declaration in support of Meta's Statement in Support of Plaintiffs' Renewed Motion for Preliminary Approval of Class Action Settlement. Unless otherwise stated, I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify to these facts.

2. In their Amended Settlement Agreement, the parties have identified a number of nonprofit organizations that are focused on educating individuals in the areas of online privacy and safety; developing and researching internet and online privacy; and supporting consumer protection efforts more broadly as contingent *cy pres* recipients if the money available to distribute to settlement class members is not economically or administratively feasible.

3. I submit this declaration to address Guideline 8 of the Northern District of California's Procedural Guidance for Class Action Settlement, which requires the parties to "identify any relationship they or their counsel have with the proposed cy pres recipients."

4. Based on reasonable diligence, Meta and its counsel of record to this action have a relationship with two potential *cy pres* organizations listed in Exhibit F to the Amended Class Action Settlement. Dkt. No 188-1. Bhume Bhumiratana, Security Policy, Community Defense Lead at Meta, serves on the National Cybersecurity Alliance's Board of Directors. And both Erin Egan (Meta's Chief Privacy Officer) and Roscoe Jones Jr. (a partner at Gibson, Dunn & Crutcher LLP, in Washington, D.C.) serve on the Advisory Council for the Center for Democracy and Technology. I am not aware of any further relationship between Meta, its counsel of record, and either the National Cybersecurity Alliance or Center for Democracy and Technology.

5. Based on reasonable diligence, I am not aware of any relationship between Meta or its counsel of record in this matter and the remaining potential *cy pres* recipients: The Berkman Center for Internet and Society at Harvard Law School; the MIT Internet Policy Research Initiative; the Center for Internet and Society at Stanford Law School; the Information Law Institute at NYU Law School; the Berkeley Center for Law and Technology at Berkeley Law School; MacArthur

Foundation; ConnectSafely.org; the Consumer Privacy Rights Fund, part of the Rose Foundation for Communities and the Environment; the Data & Society Research Institute; the National Consumer Law Center; and the ACLU and the ACLU Foundation.

      I declare under penalty of perjury that the foregoing is true and correct, and that I executed this Declaration on March 1, 2023, in Los Angeles, California.

By: _____
Christopher Chorba

Gibson, Dunn & Crutcher LLP

2
DECLARATION OF WALTER HAN IN SUPPORT OF RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT - CASE NO. 3:18-CV-06793-JD