AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| Lundy et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:18-cv-06793-JD |
| Meta Platforms, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movant Electronic Privacy Information Center.

Date:     03/17/2023

/s/ Alan Jay Butler
*Attorney's signature*

Alan Jay Butler (281291)
*Printed name and bar number*

ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Ave, N.W.
Washington, D.C. 20036

*Address*

butler@epic.org
*E-mail address*

(202) 483-1140
*Telephone number*

(202) 483-1248
*FAX number*

Print     Save As...     Reset