ALAN JAY BUTLER, SBN 281291
butler@epic.org
ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Ave, N.W.
Washington, D.C. 20036
Telephone: (202) 483-1140
Facsimile: (202) 483-1248

*Counsel for Movant Electronic Privacy Information Center (EPIC)*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRENDAN LUNDY, MYRIAH WATKINS, ELIZABETH CHILDERS, MICHELLE AGNITTI, and ROBIN HODGE,<br><br>Plaintiffs<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | CASE NO. 3:18-cv-06793-JD<br><br>**UNOPPOSED MOTION TO ALLOW FOR TELEPHONIC APPEARANCE AT THE MARCH 23, 2023 HEARING ON THE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Pursuant to Paragraph 6 of the Court's Standing Order for Civil Cases Before Judge James Donato, the Electronic Privacy Information Center ("EPIC"), by and through undersigned counsel, hereby moves the Court to enter an order allowing EPIC's counsel to participate by Zoom video conference or telephone in the motion hearing scheduled in this matter for March 23, 2023 at 10:00am.

EPIC submits that there is good cause for such an order because allowing EPIC's counsel, who is based in Washington, D.C., to participate telephonically in the March 23rd hearing will conserve resources while enabling the Court to ask questions about EPIC's request to be considered as for a *cy pres* recipient under the proposed settlement.

EPIC has conferred with counsel for the Plaintiffs and Defendant, who stated that the parties take no position on this motion. If the Court grants this motion, EPIC will comply in full with the Court's guidelines for Zoom video conferences and/or telephonic appearances.

Dated: March 16, 2023

Respectfully Submitted,

*/s/ Alan Jay Butler*
ALAN JAY BUTLER, SBN 281291
butler@epic.org
ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Ave, N.W.
Washington, D.C. 20036
Telephone: (202) 483-1140
Facsimile: (202) 483-1248

*Counsel for Movant*
*Electronic Privacy Information Center (EPIC)*