UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN LUNDY, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>META PLATFORMS, INC.,<br><br>          Defendant. | CASE NO. 3:18-cv-06793-JD<br><br>[PROPOSED] ORDER RE PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

Plaintiffs Brendan Lundy, Myriah Watkins, Elizabeth Childers, Michelle Agnitti, and Robin Hodge, on behalf of themselves and a proposed Settlement Class, and defendant Meta Platforms, Inc., have asked the Court to preliminarily approval a proposed settlement. The Court expressed a number of concerns about the proposed settlement at the hearings on December 15, 2022, and March 23, 2023, including the potentially low dollar recovery across the class, the designation of *cy pres* recipients, and the other issues identified at the hearings. *See* Dkt. Nos. 182, 195. Even so, the Court grants preliminary approval, subject to a searching review of the issues before final approval is granted or denied in subsequent proceedings. This order is based on a draft prepared by the parties and edited pursuant to the Court's practices and the issues in this case. The parties are directed to ensure that the modifications of the opt-out provisions in Paragraph 7 below, and the objection procedures in Paragraph 8, are reflected in all communications with the settlement class.

1. The Court has jurisdiction over the subject matter of this Action and over all Parties to the Action.

2. The settlement is documented in an Amended Settlement Agreement, Dkt. No. 188-1, which sets forth the terms and conditions for a proposed Settlement. The Court finds the settlement to be, on a preliminary basis and subject to a final approval hearing, within the range of possible approval.

3. **Certification of the Settlement Class**. For purposes of settlement only: (a) Sabita J. Soneji of Tycko & Zavareei LLP and Barrett J. Vahle of Stueve Siegel Hanson LLP are appointed as Class Counsel for the Settlement Class; and (b) plaintiffs Brendan Lundy, Myriah Watkins, Elizabeth Childers, Michelle Agnitti, and Robin Hodge are appointed Settlement Class Representatives for the Settlement Class.

For purposes of settlement only, the Court conditionally certifies the following Settlement Class as defined in the Settlement Agreement:

> "All natural persons residing in the United States who used Facebook between January 30, 2015 and April 18, 2018, inclusive, and whose iOS or Android Location Services setting for the Facebook application was turned off at any point during that period, but whose location information was inferred by Facebook via the user's IP Addresses."

Excluded from the Settlement Class are: (i) all persons who are directors, officers, and agents of Defendant or its subsidiaries and affiliated companies or are designated by Defendant as employees of Defendant or its subsidiaries and affiliated companies; (ii) the Court, the Court's immediate family, and Court staff, as well as any appellate court to which this matter is ever assigned, and its immediate family and staff; and (iii) eligible persons who elect to opt out of the Settlement Class.

Subject to a final approval hearing, the Settlement Class satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure in that: (a) the Settlement Class is so numerous that joinder of all members is impracticable; (b) there are questions of fact and law common to the Settlement Class; (c) the claims of the Settlement Class Representatives are typical of the claims of the members of the Settlement Class; (d) the Settlement Class Representatives and Class Counsel will fairly and adequately protect the interests of the members of the Settlement Class; (e) common questions of law or fact predominate over questions affecting individual members; and (f) a class action is a superior method for fairly and efficiently adjudicating the Action.

If the Amended Settlement Agreement does not receive the Court's final approval, if final approval is reversed on appeal, or if the Amended Settlement Agreement is terminated or otherwise fails to become effective, the Court's grant of conditional class certification of the Settlement Class will be vacated, the Parties will revert to their positions in the Action as they existed on June 23, 2022, and the Class Representatives and the Settlement Class Members will once again bear the burden to prove the propriety of class certification and the merits of their claims at trial.

4. **Notice and Administration**. For purposes of Rule 23(e), the Notice Plan submitted with the Motion for Preliminary Approval and the forms of notice attached thereto are approved. Non-material modifications to the notices and claim form may be made by the Settlement Administrator without further order of the Court, so long as they are approved by the Parties and consistent in all material respects with the Amended Settlement Agreement and this Order. The Settlement Administrator is directed to carry out the Notice Plan in conformance with the Amended Settlement Agreement and the below-stated schedule, and to perform all other tasks that the Amended Settlement Agreement requires. Prior to the Final Approval Hearing, Class Counsel will file with the Court an appropriate declaration by the Settlement Administrator with respect to complying with the provisions

of the Notice Plan. The form, content, and method of giving notice to the Settlement Class as described in the Notice Plan submitted with the Motion for Preliminary Approval are accepted at this time as practicable and reasonable in light of the rather unique circumstances of this case.

5. The Angeion Group will serve as the Settlement Administrator. The Settlement Administrator will act in compliance with the Stipulated Protective Order (Dkt. Nos. 119, 120), including but not limited to making all necessary efforts and precautions to ensure the security and privacy of Settlement Class Member information and protect it from loss, misuse, unauthorized access and disclosure, and to protect against any reasonably anticipated threats or hazards to the security of Settlement Class Member information; not using the information provided by Defendant or Class Counsel in connection with the Settlement or this Notice Plan for any purposes other than providing notice or conducting claims administration; and not sharing Settlement Class Member information with any third parties without advance consent from the Parties.

The Angeion Group will begin giving notice under the Notice Plan to potential Settlement Class Members within 15 days after entry of this Preliminary Approval Order, and the social media and publication notice will be effectuated by the Notice Date, which Angeion calculates will be 45 days after entry of this Preliminary Approval Order. Angeion will further provide a declaration that Notice has been effectuated at least 35 days prior to the Final Approval Hearing ("Proof of Notice Date").

6. **Submission of Claims**. Settlement Class Members will have 60 calendar days from the Notice Date to submit their claim forms ("Claims Deadline"). Settlement Class Members who submit a valid claim form approved by the Settlement Administrator within 60 days of the Notice Date may qualify to receive benefits of the Settlement. Class Counsel will have the discretion, but not the obligation, to accept late-submitted claims for processing by the Settlement Administrator, so long as processing does not materially delay distribution of compensation to Settlement Class Members. No person will have any claim against Class Counsel or the Settlement Administrator by reason of the decision to exercise discretion whether to accept late-submitted claims.

The total amount distributed to the Settlement Class Members who submit valid claims will be the Settlement Fund, less the cost of settlement notice and administration, Attorneys' Fees and Expenses Award, and Service Awards (the "Net Settlement Fund"). In the event the Court determines

at Final Approval such distribution to Settlement Class Members is not economically or administratively feasible, the Net Settlement Fund will be distributed to the *Cy Pres* Recipients set forth in the Amended Settlement Agreement and as approved by the Court. If the Net Settlement Fund is distributed to Settlement Class Members, each Settlement Class Member who submits a valid claim will be provided with an equal *pro rata* share of the Net Settlement Fund. The actual amount provided to each Settlement Class Member who submits a valid claim may be increased or decreased on a *pro rata* basis based on the size of the Net Settlement Fund and the number of Settlement Class Members who submit valid claims.

7. **Opting-Out from Settlement Class**. Any person falling within the definition of the Settlement Class may, upon request, be excluded or "opt out" from the Settlement Class. Any such person who desires to opt out must submit written notice of such intent online through the online claims portal or via United States mail to the designated address established by the Settlement Administrator. The written notice must (i) identify the case name of the Action; (ii) identify the name and current address of the individual seeking exclusion from the Settlement; (iii) be signed by the individual seeking exclusion; (iv) include a statement clearly indicating the individual's intent to be excluded from the Settlement; and (v) request exclusion only for that one individual whose personal signature appears on the request.

Opt-out requests seeking exclusion on behalf of more than one individual will be deemed invalid by the Settlement Administrator. To be effective, the written notice must be postmarked no later than the Opt-Out Deadline or submitted online through the claims portal and verified no later than the Opt-Out Deadline in accordance with the Settlement. All those persons submitting valid and timely notices of opt out will not be entitled to receive any benefits of the Settlement.

A Settlement Class Member who does not timely and validly exclude themselves from the Settlement will be bound by the terms of the Settlement. If final judgment is entered, any Settlement Class Member who has not submitted a timely, valid written notice of opt out from the Settlement Class will be bound by all subsequent proceedings, orders, and judgments in this matter, including but not limited to the Releases set forth in the Amended Settlement Agreement and incorporated in the judgment.

8. **Objections and Appearances**. A Settlement Class Member may enter an appearance in the Action, at their own expense, individually or through counsel of their own choice. If a Settlement Class Member does not enter an appearance, they will be represented by Class Counsel. Any Settlement Class Member who wishes to object to the Settlement, the benefits of the Settlement, Service Awards, and/or the Attorneys' Fees and Expenses Award, or to appear at the Final Approval Hearing and show cause, if any, why the Settlement should not be approved as fair, reasonable, and adequate to the Settlement Class, why a Final Approval Order and Judgment should not be entered thereon, why the benefits of the Settlement should not be approved, or why the Service Awards and/or the Attorneys' Fees and Expenses Award should not be granted, may do so as provided herein. An objector should file a written objection at least 14 calendar days before the final approval hearing. The written objection must include: (i) the case name and number of the Action; (ii) the full name, address, telephone number and email address of the objecting Settlement Class Member, and if represented by counsel, of his/her counsel; (iii) the Facebook account URL (if reasonably available) and the email address and telephone number associated with the objector's Facebook account; (iv) a statement of whether the objection applies only to the objector, to a specific subset of the class, or to the entire class; (v) a statement of the specific grounds for the objection; (vi) a statement of whether the objecting Settlement Class Member intends to appear at the Final Approval Hearing, and if so, whether personally or through counsel; and (vii) the objector's signature.

9. **Final Approval Hearing**. A hearing will be held by this Court in the Courtroom of the Honorable James Donato, United States District Court for the Northern District of California, United States Courthouse, Courtroom 11 on the 19th Floor, 450 Golden Gate Avenue, San Francisco, CA, at 10:00 a.m. on October 19, 2023 ("Final Approval Hearing"), to determine: (a) whether the Settlement should be approved as fair, reasonable, and adequate to the Settlement Class; (b) whether a Final Approval Order and Judgment should be entered; (c) whether the Settlement benefits as proposed in the Amended Settlement Agreement should be approved as fair, reasonable, and adequate; (d) whether to approve the application for Service Awards for the Settlement Class Representatives and an Attorneys' Fees and Expenses Award; and (e) any other matters that may properly be brought before

the Court in connection with the Settlement. The Court may approve the Settlement with such modifications as the Parties may agree to, if appropriate, without further notice to the Settlement Class.

10. **Final Approval Briefing**. Settlement Class Representatives and Class Counsel are directed to file their motion seeking final approval of the Settlement by no later than thirty (30) days after the Claims Submission Deadline. All briefing and supporting documents in support of a motion for Attorneys' Fees and Expenses and Service Awards must be filed thirty-five (35) days prior to the Objection Deadline.

11. **Reasonable Procedures**. Class Counsel and Defense Counsel are hereby authorized to use all reasonable procedures in connection with approval and administration of the Settlement that are not materially inconsistent with this Order or the Amended Settlement Agreement, including making, without further approval of the Court, minor changes to the form or content of the notices and other exhibits that they jointly agree are reasonable or necessary to further the purpose of effectuating the Amended Settlement Agreement.

12. **Extension of Deadlines**. Upon application of the Parties and good cause shown, the deadlines set forth in this Order may be extended by order of the Court, without further notice to the Settlement Class. Settlement Class Members must check the Settlement website (https://www.facebooklocationsettlement.com/) regularly for updates and further details regarding extensions of these deadlines. The Court reserves the right to adjourn or continue the Final Approval Hearing, and/or to extend the deadlines set forth in this Order, without further notice of any kind to the Settlement Class.

13. **Termination of the Settlement and Use of this Order**. This Order will become null and void and will be without prejudice to the rights of the Parties, all of which will be restored to their respective positions existing as of June 23, 2022, if the Effective Date does not occur or the Settlement is otherwise terminated in accordance with the terms of the Settlement. In such an event, the Settlement will become null and void and will be of no further force and effect, and neither the Settlement (including any Settlement-related filings) nor the Court's orders, including this Order, relating to the Settlement may be used or referred to for any purpose whatsoever. For the avoidance of doubt, if the Effective Date does not occur or the Settlement is otherwise terminated in accordance with the terms

of the Settlement, then neither the Settlement (including any Settlement-related filings) nor the Court's orders, including this Order, relating to the Settlement will be: (1) construed or used as an admission, concession, or declaration by or against Defendant of any fault, wrongdoing, breach, liability, or the certifiability of any class; (2) construed or used as an admission, concession, or declaration by or against the Settlement Class Representatives or any other Settlement Class Member that his or her claim lacks merit or that the relief requested is inappropriate, improper, or unavailable; or (3) construed or used as a waiver by any Party of any defense or claim he, she, or it may have in this litigation or in any other lawsuit.

14. **Related Orders**. All further proceedings in the Action are ordered stayed until entry of the Final Approval Order or termination of the Amended Settlement Agreement, whichever occurs earlier, except for those matters necessary to obtain and/or effectuate final approval of the Amended Settlement Agreement.

15. For the sake of clarity, the Court enters the following deadlines:

| ACTION | DATE |
| --- | --- |
| Notice Commences | May 11, 2023 |
| Notice Date | June 12, 2023 |
| Opt-Out Deadline | August 11, 2023 |
| Claims Deadline | August 11, 2023 |
| Motion for Attorneys' Fees and Expenses and Service Awards | August 31, 2023 |
| Final Approval Brief Due | September 11, 2023 |
| Proof of Notice Submitted | No later than September 14, 2023 |

| Objections Deadline | October 5, 2023 |
|---|---|
| Responses to Objections Due | October 12, 2023 |
| Final Approval Hearing | October 19, 2023, at 10:00 a.m. |

**IT IS SO ORDERED.**

Dated:  April 26, 2023

JAMES DONATO
United States District Judge