UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: October 19, 2023     Judge: Hon. James Donato

Time: 12 Minutes

Case No.     **3:18-cv-06793-JD**
Case Name     **Lundy et al v. Facebook Inc. et al**

Attorney(s) for Plaintiff(s):     Sabita Soneji, Barrett Vahle
Attorney(s) for Defendant(s):     Christopher Chorba, Abigail Barrera
Attorney(s) for Objector:     Neville Hedley

Court Reporter: Jana McKinney

Deputy Clerk: Esther Chung

## PROCEEDINGS

Hearing on motions for final approval of class settlement and attorneys' fees -- Held.

## NOTES AND ORDERS

The motion for final approval of class settlement is taken under submission, and the Court will issue an order. The contingent objection of Anna St. John re cy pres is overruled as moot. The motion for attorneys' fees is denied without prejudice, and plaintiffs may file a renewed motion by November 2, 2023.

The parties are directed to file a complete accounting of the share of the Common Fund that they intend to distribute to the Claims Administrator.

Plaintiffs are further directed to support their requests for attorneys' fees and expenses, as well as awards to the class representatives, with additional detail, and to demonstrate that class counsel does not seek to recover fees or expenses associated with the dismissed *Heeger* action.

1